

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00456-CV
_____

JONES ENERGY, INC. AND JONES ENERGY HOLDINGS, LLC, APPELLANTS

V.

PIMA OIL AND GAS, L.L.C. , APPELLEE

On Appeal from the 31st District Court
Hemphill County, Texas
Trial Court No. 7263; Honorable Steven R. Emmert, Presiding

June 20, 2019

## ORDER OF ABATEMENT

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

This appeal involves the interpretation of an _Assignment of Overriding Royalty Interest,_ recorded in Volume 508, Page 146, of the Public Records of Hemphill County, Texas between Spring Resources, Inc., as assignor, and Pima Oil & Gas, L.L.C., as assignee. Pima, Appellee herein, filed suit against Jones Energy, Inc. and Jones Energy Holdings, LLC, Appellants herein, alleging that Jones Energy, Inc., as operator of the

Gracie 117-1H well, had failed to properly account to Pima for its overriding royalty interest acquired by virtue of the above-referenced assignment. Following presentation of cross-motions for summary judgment, the trial court ruled in favor of Pima. On May 30, 2019, Jones Energy, Inc. and Jones Energy Holdings, LLC filed a *Suggestion of Bankruptcy* for Jones Energy, Inc. and certain of its affiliates. *See* TEX. R. APP. P. 8.1. The suggestion provides notice that Jones Energy, Inc. filed a bankruptcy petition in the United States Bankruptcy Court for the Southern District of Texas on April 14, 2019. The bankruptcy proceeding is currently pending as case number 19-32112, styled *In re Jones Energy, Inc.*

Accordingly, this appeal is abated and all appellate deadlines are suspended until further order of this court. *See* TEX. R. APP. P. 8.2. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. *See* TEX. R. APP. P. 8.3. The parties shall promptly inform this court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

It is so ordered.

Per Curiam

2